IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
AT CANTON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-52378 |
| | ) | |
| SUZANNAH W. WALKER | ) | CHAPTER 13 |
| | ) | |
| | ) | BANKRUPTCY JUDGE |
| Debtor | ) | RUSS KENDIG |
| | ) | |
| | ) | <u>REPLY TO TRUSTEE'S OBJECTION</u> |
| | ) | <u>TO PROOF OF CLAIM # 2 OF</u> |
| | ) | <u>KRISTEN M. SCALISE,</u> |
| | ) | <u>SUMMIT COUNTY FISCAL OFFICER</u> |

Now comes the Creditor, Kristen M. Scalise, Summit County Fiscal Officer, and hereby responds to the Objection of the Trustee to the Proof of Claim 2 filed by Creditor for delinquent real property taxes for the real property located at 3430 E. Prescott Circle, Cuyahoga Falls, Ohio 44223, in the amount of $18,529.08, on October 30, 2015.

1. Creditor, Kristen M. Scalise, Summit County Fiscal Officer, filed Claim 2-1 on October 30, 2015 for the taxes owed in tax years 2010 through 2014 in the amount of $18,529.09. Due to mistake, inadvertence or excusable neglect, an exhibit providing supporting information was not filed with this claim. (See Exhibit 1 attached.)

2. Creditor filed an amended Claim 2-2 on November 18, 2015 in the amount of $18,529.09 for the taxes owed in tax years 2010 through 2014. An exhibit was filed with this amended claim. (See Exhibit 2 attached.)

3. Debtors had a duty to pay the real estate taxes as they accrued.

4. Debtors failed to pay real estate taxes as they became due.

1

5. Creditor requests this claim be allowed at this time based upon the foregoing.

Respectfully submitted,

/s/Timothy J. Walsh
Timothy J. Walsh, #0002600
Attorney for Creditor Kristen M. Scalise
Summit County Fiscal Officer
53 University Avenue, 7th Floor
Akron, Ohio 44308
(330)643-2490/(330)643-8540Fax
twalsh@summitoh.net

## CERTIFICATE OF SERVICE

I certify that on the 18th day of November, 2015, copies of this Reply to the Objection of Trustee to Proof of Claim were served by regular U.S. Mail or by electronic mail to the persons listed below:

Morris H. Laatsch, Esq.
209 South Main Street, 3rd Floor
Akron Ohio   44308
Attorney for Debtor

Toby L. Rosen
Chapter 13 Trustee
400 W. Tuscarawas Street, Suite 400
Canton, Ohio   44702

Office of the US Trustee

Suzannah W. Walker
3430 E. Prescott Circle
Cuyahoga Falls, Ohio   44223

/s/Timothy J. Walsh
Timothy J. Walsh, #0002600
Attorney for Creditor Kristen M. Scalise

2

15-52378-amk    Doc 20    FILED 11/18/15    ENTERED 11/18/15 12:38:38    Page 2 of 11

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT — Northern District of Ohio | PROOF OF CLAIM |
|---|---|

| Name of Debtor: SUZANNAH W. WALKER | Case Number: 15-52378 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Kristen M. Scalise, Summit County Fiscal Officer**

Name and address where notices should be sent:
Timothy J. Walsh, Assistant Prosecuting Attorney
53 University Avenue, 7th Floor
Akron, OH 44308

Telephone number:
(330) 643-2490

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):
Kristen M. Scalise, Summit County Fiscal Officer
175 S. Main Street
Akron, Ohio 44308

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ **18,529.08**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Real Estate Taxes
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ✓ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: Parcel Number: 35-04093    (2010-2014) tax years

Value of Property: $_____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: real estate taxes

Amount of Secured Claim: $ **18,529.08**   Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 10/30/2015 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

/s/Timothy J. Walsh, Assistant Prosecuting Attorney, 0002600

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152

**EXHIBIT 1**

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT — Northern District of Ohio | PROOF OF CLAIM |

**Name of Debtor:** Suzannah W. Walker
**Case Number:** 15-52378

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Kristen M. Scalise, Summit County Fiscal Officer

**Name and address where notices should be sent:**
Timothy J. Walsh, Assistant Prosecuting Attorney
53 University Avenue, 7th Floor
Akron, OH 44308

**Telephone number:** (330) 643-2490

☑ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** 2-1
(*If known*)

**Filed on:** 10/30/2015

**Name and address where payment should be sent (if different from above):**
Kristen M. Scalise, Summit County Fiscal Officer
175 South Main Street
Akron, Ohio 44308

**Telephone number:**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 18,529.08

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Real Estate Taxes
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:** Permanent Parcel Number: 35-04093  (2010-2014 tax years)

**Value of Property:** $ _____  **Annual Interest Rate** _____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____  **Basis for perfection:** real estate taxes

**Amount of Secured Claim:** $ 18,529.08  **Amount Unsecured:** $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain.

**Date:** 11/18/2015

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/Timothy J. Walsh, Assistant Prosecuting Attorney, 0002600

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**EXHIBIT 2**

Print

## TAX BILL HISTORY OF PARCEL 3504093
Information displayed below does not include anything prior to tax year 1998.

| TAX YEAR | DATE | SETTLE | PROJECT | ACTION/CODE | 1ST HALF | 2ND HALF |
|---|---|---|---|---|---|---|
| 2015 | | | | | | |
| | | | | Charges: | $ .00 | $ .00 |
| | | | | Payments: | $ .00 | $ .00 |
| | | | | Amount Due: | $ .00 | $ .00 |

| TAX YEAR | DATE | SETTLE | PROJECT | ACTION/CODE | 1ST HALF | 2ND HALF |
|---|---|---|---|---|---|---|
| 2014 | 31-DEC-14 | 1 | | DUP/ADJ | $ 1354.10 | $ .00 |
| | 31-DEC-14 | 1 | | DUP/RLB | $ -135.41 | $ .00 |
| | 25-MAR-15 | 2 | | ADJ/PEN | $ 121.87 | $ .00 |
| | 31-DEC-14 | 1 | | DUP/ADJ | $ .00 | $ 1354.10 |
| | 31-DEC-14 | 2 | | DUP/RLB | $ .00 | $ -135.41 |
| | 12-AUG-15 | | | ADJ/PEN | $ .00 | $ 255.93 |
| | | | | Charges: | $ 1340.56 | $ 1474.62 |
| | | | | Payments: | $ .00 | $ .00 |
| | | | | Amount Due: | $ 1340.56 | $ 1474.62 |

| TAX YEAR | DATE | SETTLE | PROJECT | ACTION/CODE | 1ST HALF | 2ND HALF |
|---|---|---|---|---|---|---|
| 2013 | 02-JAN-14 | 1 | | DUP/ADJ | $ 1523.86 | $ .00 |
| | 02-JAN-14 | 1 | | DUP/RLB | $ -152.39 | $ .00 |
| | 14-MAR-14 | 2 | | ADJ/PEN | $ 137.15 | $ .00 |
| | 02-JAN-14 | 1 | | DUP/ADJ | $ .00 | $ 1523.86 |
| | 02-JAN-14 | 2 | | DUP/RLB | $ .00 | $ -152.39 |
| | 15-AUG-14 | 1 | | ADJ/PEN | $ .00 | $ 288.01 |
| | 05-DEC-14 | 1 | | DUP/INT | $ .00 | $ 126.72 |
| | 26-AUG-15 | | | AUG/INT | $ .00 | $ 263.59 |
| | | | | Charges: | $ 1508.62 | $ 2049.79 |
| | | | | Payments: | $ .00 | $ .00 |
| | | | | Amount Due: | $ 1508.62 | $ 2049.79 |

| TAX YEAR | DATE | SETTLE | PROJECT | ACTION/CODE | 1ST HALF | 2ND HALF |
|---|---|---|---|---|---|---|
| 2012 | 04-JAN-13 | 1 | | DUP/ADJ | $ 1525.67 | $ .00 |
| | 04-JAN-13 | 1 | | DUP/RLB | $ -152.57 | $ .00 |
| | 13-MAR-13 | 2 | | ADJ/PEN | $ 137.31 | $ .00 |
| | 04-JAN-13 | 1 | | DUP/ADJ | $ .00 | $ 1525.67 |
| | 04-JAN-13 | 2 | | DUP/RLB | $ .00 | $ -152.57 |
| | 21-AUG-13 | 1 | | ADJ/PEN | $ .00 | $ 288.35 |

|          | 05-DEC-13 | 1 |         | DUP/INT     | $ .00      | $ 126.87   |
|          | 11-SEP-14 | 1 |         | AUG/INT     | $ .00      | $ 263.90   |
|          | 05-DEC-14 | 1 |         | DUP/INT     | $ .00      | $ 142.51   |
|          | 26-AUG-15 |   |         | AUG/INT     | $ .00      | $ 296.41   |
|          |           |   |         | Charges:    | $ 1510.41  | $ 2491.14  |
|          |           |   |         | Payments:   | $ .00      | $ .00      |
|          |           |   |         | Amount Due: | $ 1510.41  | $ 2491.14  |

| TAX YEAR | DATE      | SETTLE | PROJECT | ACTION/CODE | 1ST HALF   | 2ND HALF   |
|----------|-----------|--------|---------|-------------|------------|------------|
| 2011     | 03-JAN-12 | 1      |         | DUP/ADJ     | $ 1386.33  | $ .00      |
|          | 03-JAN-12 | 1      |         | DUP/RLB     | $ -138.64  | $ .00      |
|          | 15-MAR-12 | 2      |         | ADJ/PEN     | $ 124.77   | $ .00      |
|          | 01-MAY-12 | 2      |         | PAY/CHG     | $ -1247.69 | $ .00      |
|          | 01-MAY-12 | 2      |         | PAY/PEN     | $ -124.77  | $ .00      |
|          | 01-MAY-12 | 2      |         | PAY/CHG     | $ 1247.69  | $ .00      |
|          | 01-MAY-12 | 2      |         | PAY/PEN     | $ 124.77   | $ .00      |
|          | 03-JAN-12 | 2      |         | DUP/RLB     | $ .00      | $ -138.64  |
|          | 03-JAN-12 | 1      |         | DUP/ADJ     | $ .00      | $ 1386.33  |
|          | 01-MAY-12 | 2      |         | PAY/CHG     | $ .00      | $ -1247.69 |
|          | 01-MAY-12 | 2      |         | PAY/CHG     | $ .00      | $ 1247.69  |
|          | 14-AUG-12 | 1      |         | ADJ/PEN     | $ .00      | $ 262.02   |
|          | 07-DEC-12 | 1      |         | DUP/INT     | $ .00      | $ 115.29   |
|          | 05-DEC-13 | 1      |         | DUP/INT     | $ .00      | $ 119.90   |
|          | 11-SEP-14 | 1      |         | AUG/INT     | $ .00      | $ 249.39   |
|          | 05-DEC-14 | 1      |         | DUP/INT     | $ .00      | $ 134.67   |
|          | 26-AUG-15 |        |         | AUG/INT     | $ .00      | $ 280.11   |
|          |           |        |         | Charges:    | $ 1372.46  | $ 2409.07  |
|          |           |        |         | Payments:   | $ .00      | $ .00      |
|          |           |        |         | Amount Due: | $ 1372.46  | $ 2409.07  |

| TAX YEAR | DATE      | SETTLE | PROJECT | ACTION/CODE | 1ST HALF   | 2ND HALF   |
|----------|-----------|--------|---------|-------------|------------|------------|
| 2010     | 31-DEC-10 | 1      |         | DUP/ADJ     | $ 1526.63  | $ .00      |
|          | 31-DEC-10 | 1      |         | DUP/RLB     | $ -152.67  | $ .00      |
|          | 31-DEC-10 | 1      |         | DUP/HRB     | $ -38.17   | $ .00      |
|          | 22-MAR-11 | 2      |         | ADJ/PEN     | $ 133.58   | $ .00      |
|          | 30-SEP-11 | 1      |         | PAY/PEN     | $ -133.58  | $ .00      |
|          | 30-SEP-11 | 1      |         | PAY/CHG     | $ -1335.79 | $ .00      |
|          | 30-SEP-11 | 1      |         | PAY/CHG     | $ 1335.79  | $ .00      |
|          | 30-SEP-11 | 1      |         | PAY/PEN     | $ 133.58   | $ .00      |
|          | 01-MAY-12 | 2      |         | PAY/PEN     | $ 133.58   | $ .00      |
|          | 01-MAY-12 | 2      |         | PAY/CHG     | $ -1335.79 | $ .00      |
|          | 01-MAY-12 | 2      |         | PAY/CHG     | $ 1335.79  | $ .00      |
|          | 01-MAY-12 | 2      |         | PAY/PEN     | $ -133.58  | $ .00      |
|          | 31-DEC-10 | 2      |         | DUP/HRB     | $ .00      | $ -38.17   |
|          | 31-DEC-10 | 2      |         | DUP/RLB     | $ .00      | $ -152.67  |
|          | 31-DEC-10 | 1      |         | DUP/ADJ     | $ .00      | $ 1526.63  |
|          | 16-AUG-11 | 1      |         | ADJ/PEN     | $ .00      | $ 280.52   |
|          | 30-SEP-11 | 1      |         | PAY/CHG     | $ .00      | $ -1335.79 |

| TAX YEAR | DATE | SETTLE | PROJECT | ACTION/CODE | 1ST HALF | 2ND HALF |
|---|---|---|---|---|---|---|
| | 30-SEP-11 | 1 | | PAY/CHG | $ .00 | $ 1335.79 |
| | 30-SEP-11 | 1 | | PAY/PEN | $ .00 | $ -280.52 |
| | 30-SEP-11 | 1 | | PAY/PEN | $ .00 | $ 280.52 |
| | 01-MAY-12 | 2 | | PAY/CHG | $ .00 | $ 1335.79 |
| | 01-MAY-12 | 2 | | PAY/PEN | $ .00 | $ -280.52 |
| | 01-MAY-12 | 2 | | PAY/PEN | $ .00 | $ 280.52 |
| | 01-MAY-12 | 2 | | PAY/CHG | $ .00 | $ -1335.79 |
| | 11-SEP-12 | 1 | | AUG/INT | $ .00 | $ 246.85 |
| | 07-DEC-12 | 1 | | DUP/INT | $ .00 | $ 133.30 |
| | 05-DEC-13 | 1 | | DUP/INT | $ .00 | $ 138.63 |
| | 11-SEP-14 | 1 | | AUG/INT | $ .00 | $ 288.36 |
| | 05-DEC-14 | 1 | | DUP/INT | $ .00 | $ 155.71 |
| | 26-AUG-15 | | | AUG/INT | $ .00 | $ 323.88 |
| | | | | Charges: | $ 1469.37 | $ 2903.04 |
| | | | | Payments: | $ .00 | $ .00 |
| | | | | Amount Due: | $ 1469.37 | $ 2903.04 |
| TAX YEAR | DATE | SETTLE | PROJECT | ACTION/CODE | 1ST HALF | 2ND HALF |
| 2009 | 04-JAN-10 | 1 | | DUP/HRB | $ -38.20 | $ .00 |
| | 04-JAN-10 | 1 | | DUP/RLB | $ -152.78 | $ .00 |
| | 04-JAN-10 | 1 | | DUP/ADJ | $ 1527.81 | $ .00 |
| | 16-MAR-10 | 2 | | ADJ/PEN | $ 133.68 | $ .00 |
| | 13-OCT-10 | 1 | | PAY/CHG | $ -1336.83 | $ .00 |
| | 13-OCT-10 | 1 | | PAY/PEN | $ -133.68 | $ .00 |
| | 04-JAN-10 | 2 | | DUP/HRB | $ .00 | $ -38.20 |
| | 04-JAN-10 | 2 | | DUP/RLB | $ .00 | $ -152.78 |
| | 04-JAN-10 | 1 | | DUP/ADJ | $ .00 | $ 1527.81 |
| | 10-AUG-10 | 1 | | ADJ/PEN | $ .00 | $ 280.73 |
| | 13-OCT-10 | 1 | | PAY/PEN | $ .00 | $ -280.73 |
| | 13-OCT-10 | 1 | | PAY/CHG | $ .00 | $ -1336.83 |
| | | | | Charges: | $ 1470.51 | $ 1617.56 |
| | | | | Payments: | $ -1470.51 | $ -1617.56 |
| | | | | Amount Due: | $ .00 | $ .00 |
| TAX YEAR | DATE | SETTLE | PROJECT | ACTION/CODE | 1ST HALF | 2ND HALF |
| 2008 | 31-DEC-08 | 1 | | DUP/ADJ | $ 1526.37 | $ .00 |
| | 31-DEC-08 | 1 | | DUP/HRB | $ -38.18 | $ .00 |
| | 31-DEC-08 | 1 | | DUP/RLB | $ -152.64 | $ .00 |
| | 16-MAR-09 | 2 | | ADJ/PEN | $ 133.56 | $ .00 |
| | 06-NOV-09 | 1 | | PAY/CHG | $ -1335.55 | $ .00 |
| | 06-NOV-09 | 1 | | PAY/PEN | $ -133.56 | $ .00 |
| | 31-DEC-08 | 2 | | DUP/HRB | $ .00 | $ -38.18 |
| | 31-DEC-08 | 2 | | DUP/RLB | $ .00 | $ -152.64 |
| | 31-DEC-08 | 1 | | DUP/ADJ | $ .00 | $ 1526.37 |
| | 07-AUG-09 | 1 | | ADJ/PEN | $ .00 | $ 280.47 |
| | 06-NOV-09 | 1 | | PAY/CHG | $ .00 | $ -1335.55 |
| | 06-NOV-09 | 1 | | PAY/PEN | $ .00 | $ -280.47 |
| | | | | Charges: | $ 1469.11 | $ 1616.02 |

|           |           |        |         | Payments:   | $ -1469.11 | $ -1616.02 |
|-----------|-----------|--------|---------|-------------|------------|------------|
|           |           |        |         | Amount Due: | $ .00      | $ .00      |
| TAX YEAR  | DATE      | SETTLE | PROJECT | ACTION/CODE | 1ST HALF   | 2ND HALF   |
| 2007      | 05-JAN-08 | 1      |         | DUP/RLB     | $ -160.25  | $ .00      |
|           | 05-JAN-08 | 1      |         | DUP/ADJ     | $ 1602.44  | $ .00      |
|           | 05-JAN-08 | 1      |         | DUP/HRB     | $ -40.06   | $ .00      |
|           | 21-MAR-08 | 2      |         | ADJ/PEN     | $ 140.21   | $ .00      |
|           | 06-NOV-09 | 1      |         | PAY/PEN     | $ -140.21  | $ .00      |
|           | 06-NOV-09 | 1      |         | PAY/CHG     | $ -1402.13 | $ .00      |
|           | 05-JAN-08 | 2      |         | DUP/HRB     | $ .00      | $ -40.06   |
|           | 05-JAN-08 | 2      |         | DUP/RLB     | $ .00      | $ -160.25  |
|           | 05-JAN-08 | 1      |         | DUP/ADJ     | $ .00      | $ 1602.44  |
|           | 08-AUG-08 | 1      |         | ADJ/PEN     | $ .00      | $ 294.45   |
|           | 05-DEC-08 | 1      |         | DUP/INT     | $ .00      | $ 86.48    |
|           | 20-AUG-09 | 1      |         | AUG/INT     | $ .00      | $ 110.74   |
|           | 06-NOV-09 | 1      |         | PAY/INT     | $ .00      | $ -197.22  |
|           | 06-NOV-09 | 1      |         | PAY/PEN     | $ .00      | $ -294.45  |
|           | 06-NOV-09 | 1      |         | PAY/CHG     | $ .00      | $ -1402.13 |
|           |           |        |         | Charges:    | $ 1542.34  | $ 1893.80  |
|           |           |        |         | Payments:   | $ -1542.34 | $ -1893.80 |
|           |           |        |         | Amount Due: | $ .00      | $ .00      |
| TAX YEAR  | DATE      | SETTLE | PROJECT | ACTION/CODE | 1ST HALF   | 2ND HALF   |
| 2006      | 03-JAN-07 | 1      |         | DUP/ADJ     | $ 1546.71  | $ .00      |
|           | 03-JAN-07 | 1      |         | DUP/HRB     | $ -38.67   | $ .00      |
|           | 03-JAN-07 | 1      |         | DUP/RLB     | $ -154.67  | $ .00      |
|           | 13-FEB-07 | 1      |         | PAY/CHG     | $ -1353.37 | $ .00      |
|           | 03-JAN-07 | 1      |         | DUP/ADJ     | $ .00      | $ 1546.71  |
|           | 03-JAN-07 | 2      |         | DUP/RLB     | $ .00      | $ -154.67  |
|           | 03-JAN-07 | 2      |         | DUP/HRB     | $ .00      | $ -38.67   |
|           | 13-JUL-07 | 2      |         | PAY/CHG     | $ .00      | $ -1353.37 |
|           |           |        |         | Charges:    | $ 1353.37  | $ 1353.37  |
|           |           |        |         | Payments:   | $ -1353.37 | $ -1353.37 |
|           |           |        |         | Amount Due: | $ .00      | $ .00      |
| TAX YEAR  | DATE      | SETTLE | PROJECT | ACTION/CODE | 1ST HALF   | 2ND HALF   |
| 2005      | 27-DEC-05 | 1      |         | DUP/ADJ     | $ 1552.09  | $ .00      |
|           | 27-DEC-05 | 1      |         | DUP/RLB     | $ -155.21  | $ .00      |
|           | 27-DEC-05 | 1      |         | DUP/HRB     | $ -38.80   | $ .00      |
|           | 10-FEB-06 | 1      |         | PAY/CHG     | $ -1358.08 | $ .00      |
|           | 27-DEC-05 | 2      |         | DUP/HRB     | $ .00      | $ -38.80   |
|           | 27-DEC-05 | 1      |         | DUP/ADJ     | $ .00      | $ 1552.09  |
|           | 27-DEC-05 | 2      |         | DUP/RLB     | $ .00      | $ -155.21  |
|           | 12-JUL-06 | 2      |         | PAY/CHG     | $ .00      | $ -1358.08 |

|            |            |        |         | Charges:    | $ 1358.08   | $ 1358.08   |
|------------|------------|--------|---------|-------------|-------------|-------------|
|            |            |        |         | Payments:   | $ -1358.08  | $ -1358.08  |
|            |            |        |         | Amount Due: | $ .00       | $ .00       |
| TAX YEAR   | DATE       | SETTLE | PROJECT | ACTION/CODE | 1ST HALF    | 2ND HALF    |
| 2004       | 22-DEC-04  | 1      |         | DUP/HRB     | $ -34.80    | $ .00       |
|            | 22-DEC-04  | 1      |         | DUP/ADJ     | $ 1392.03   | $ .00       |
|            | 22-DEC-04  | 1      |         | DUP/RLB     | $ -139.21   | $ .00       |
|            | 08-FEB-05  | 1      |         | PAY/CHG     | $ -1218.02  | $ .00       |
|            | 22-DEC-04  | 2      |         | DUP/HRB     | $ .00       | $ -34.80    |
|            | 22-DEC-04  | 1      |         | DUP/ADJ     | $ .00       | $ 1392.03   |
|            | 22-DEC-04  | 2      |         | DUP/RLB     | $ .00       | $ -139.21   |
|            | 13-JUL-05  | 2      |         | PAY/CHG     | $ .00       | $ -1218.02  |
|            |            |        |         | Charges:    | $ 1218.02   | $ 1218.02   |
|            |            |        |         | Payments:   | $ -1218.02  | $ -1218.02  |
|            |            |        |         | Amount Due: | $ .00       | $ .00       |
| TAX YEAR   | DATE       | SETTLE | PROJECT | ACTION/CODE | 1ST HALF    | 2ND HALF    |
| 2003       | 19-DEC-03  | 1      |         | DUP/ADJ     | $ 1207.49   | $ .00       |
|            | 19-DEC-03  | 1      |         | DUP/HRB     | $ -30.19    | $ .00       |
|            | 19-DEC-03  | 1      |         | DUP/RLB     | $ -120.75   | $ .00       |
|            | 23-FEB-04  | 1      |         | PAY/CHG     | $ -1056.55  | $ .00       |
|            | 19-DEC-03  | 1      |         | DUP/ADJ     | $ .00       | $ 1207.49   |
|            | 19-DEC-03  | 2      |         | DUP/RLB     | $ .00       | $ -120.75   |
|            | 19-DEC-03  | 2      |         | DUP/HRB     | $ .00       | $ -30.19    |
|            | 26-JUL-04  | 2      |         | PAY/CHG     | $ .00       | $ -1056.55  |
|            |            |        |         | Charges:    | $ 1056.55   | $ 1056.55   |
|            |            |        |         | Payments:   | $ -1056.55  | $ -1056.55  |
|            |            |        |         | Amount Due: | $ .00       | $ .00       |
| TAX YEAR   | DATE       | SETTLE | PROJECT | ACTION/CODE | 1ST HALF    | 2ND HALF    |
| 2002       | 23-DEC-02  | 1      |         | DUP/HRB     | $ -30.22    | $ .00       |
|            | 23-DEC-02  | 1      |         | DUP/ADJ     | $ 1208.77   | $ .00       |
|            | 23-DEC-02  | 1      |         | DUP/RLB     | $ -120.88   | $ .00       |
|            | 27-FEB-03  | 1      |         | PAY/CHG     | $ -1057.67  | $ .00       |
|            | 23-DEC-02  | 2      |         | DUP/HRB     | $ .00       | $ -30.22    |
|            | 23-DEC-02  | 1      |         | DUP/ADJ     | $ .00       | $ 1208.77   |
|            | 23-DEC-02  | 2      |         | DUP/RLB     | $ .00       | $ -120.88   |
|            | 11-JUL-03  | 2      |         | PAY/CHG     | $ .00       | $ -1057.67  |
|            |            |        |         | Charges:    | $ 1057.67   | $ 1057.67   |
|            |            |        |         | Payments:   | $ -1057.67  | $ -1057.67  |
|            |            |        |         | Amount Due: | $ .00       | $ .00       |

| TAX YEAR | DATE | SETTLE | PROJECT | ACTION/CODE | 1ST HALF | 2ND HALF |
|---|---|---|---|---|---|---|
| 2001 | 31-DEC-01 | 1 | | DUP/ADJ | $ 1082.33 | $ .00 |
| | 31-DEC-01 | 1 | | DUP/RLB | $ -108.24 | $ .00 |
| | 31-DEC-01 | 1 | | DUP/HRB | $ -27.06 | $ .00 |
| | 04-MAR-02 | 1 | | PAY/CHG | $ -947.03 | $ .00 |
| | 31-DEC-01 | 2 | | DUP/HRB | $ .00 | $ -27.06 |
| | 31-DEC-01 | 1 | | DUP/ADJ | $ .00 | $ 1082.33 |
| | 31-DEC-01 | 2 | | DUP/RLB | $ .00 | $ -108.24 |
| | 24-JUL-02 | 2 | | PAY/CHG | $ .00 | $ -947.03 |
| | | | | Charges: | $ 947.03 | $ 947.03 |
| | | | | Payments: | $ -947.03 | $ -947.03 |
| | | | | Amount Due: | $ .00 | $ .00 |

| TAX YEAR | DATE | SETTLE | PROJECT | ACTION/CODE | 1ST HALF | 2ND HALF |
|---|---|---|---|---|---|---|
| 2000 | 04-FEB-01 | 1 | | DUP/ADJ | $ 1093.26 | $ .00 |
| | 04-FEB-01 | 1 | | DUP/RLB | $ -109.33 | $ .00 |
| | 04-FEB-01 | 1 | | DUP/HRB | $ -27.33 | $ .00 |
| | 29-MAR-01 | 1 | | PAY/CHG | $ -956.60 | $ .00 |
| | 04-FEB-01 | 1 | | DUP/ADJ | $ .00 | $ 1093.26 |
| | 04-FEB-01 | 2 | | DUP/HRB | $ .00 | $ -27.33 |
| | 04-FEB-01 | 2 | | DUP/RLB | $ .00 | $ -109.33 |
| | 31-JUL-01 | 2 | | PAY/CHG | $ .00 | $ -956.60 |
| | | | | Charges: | $ 956.60 | $ 956.60 |
| | | | | Payments: | $ -956.60 | $ -956.60 |
| | | | | Amount Due: | $ .00 | $ .00 |

| TAX YEAR | DATE | SETTLE | PROJECT | ACTION/CODE | 1ST HALF | 2ND HALF |
|---|---|---|---|---|---|---|
| 1999 | 07-JAN-00 | 1 | | DUP/ADJ | $ 1072.16 | $ .00 |
| | 07-JAN-00 | 1 | | DUP/HRB | $ -26.81 | $ .00 |
| | 07-JAN-00 | 1 | | DUP/RLB | $ -107.22 | $ .00 |
| | 03-MAR-00 | 1 | | PAY/CHG | $ -938.13 | $ .00 |
| | 07-JAN-00 | 1 | | DUP/ADJ | $ .00 | $ 1072.16 |
| | 07-JAN-00 | 2 | | DUP/RLB | $ .00 | $ -107.22 |
| | 07-JAN-00 | 2 | | DUP/HRB | $ .00 | $ -26.81 |
| | 15-AUG-00 | 2 | | PAY/CHG | $ .00 | $ -938.13 |
| | | | | Charges: | $ 938.13 | $ 938.13 |
| | | | | Payments: | $ -938.13 | $ -938.13 |
| | | | | Amount Due: | $ .00 | $ .00 |

| TAX YEAR | DATE | SETTLE | PROJECT | ACTION/CODE | 1ST HALF | 2ND HALF |
|---|---|---|---|---|---|---|
| 1998 | 18-DEC-98 | 1 | | DUP/ADJ | $ 954.46 | $ .00 |
| | 18-DEC-98 | 1 | | DUP/RLB | $ -95.45 | $ .00 |
| | 03-MAR-99 | 1 | | PAY/CHG | $ -859.01 | $ .00 |
| | 18-DEC-98 | 1 | | DUP/ADJ | $ .00 | $ 954.46 |

| Date | | Code | | |
|---|---|---|---|---|
| 18-DEC-98 | 1 | DUP/RLB | $ .00 | $ -95.45 |
| 11-MAR-99 | 1 | ADJ/HRB | $ .00 | $ -47.72 |
| 30-JUL-99 | 2 | PAY/CHG | $ .00 | $ -811.29 |
| | | Charges: | $ 859.01 | $ 811.29 |
| | | Payments: | $ -859.01 | $ -811.29 |
| | | Amount Due: | $ .00 | $ .00 |
| | | Total Amount Due for Parcel 3504093: | | $ 18529.08 |

http://fiscalcentral.summitoh.net/pls/apex/fcenttax.delq_hist?parcel=3504093&print=1     11/18/2015

15-52378-amk    Claim No.2-2    FILED 11/18/15    Page 8 of 8
15-52378-amk   Doc 20   FILED 11/18/15   ENTERED 11/18/15 12:38:38   Page 11 of 11